BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
VAN KAMBERIAN, State Bar No. 176665
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3892
 Fax: (916) 324-5205

Attorneys for Defendants Allen, Grannis, Herrera,
Providence, O'Ran, Mirich, Jagow and Veal
SA2004104542

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PATRICK R. HOLLEY, SR.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CDC, et al.,**<br><br>Defendants. | CASE NO. CIV-S-04-1425 GEB PAN P<br><br>**[PROPOSED]** ~~[PROPOSED]~~ **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

Good cause appearing, Defendant Herrera is granted a 30 day extension to respond to Plaintiff's Requests for Interrogatories and Production. Defendant Herrera's Response to Plaintiff's Requests for Interrogatories and Productions shall be due on or before November 10, 2005.

IT IS SO ORDERED.

    Dated: October 11, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge

holl1425.d eot interrog.wpd

[Proposed] Order Granting Defendant's First Request for an Extension of Time to Respond to Discovery

1