United States District Court

Eastern District of California

Patrick Ronald Holley,

       Plaintiff,

vs.

California Department of Corrections, et al.,

       Defendants.

No. Civ. S 04-1425 GEB PAN P

Order

-oOo-

    Plaintiff is a state prisoner without counsel prosecuting a civil rights action.

    July 25, 2005, the court dismissed all of plaintiff claims except his claim that defendant Herrera retaliated against plaintiff. The court found the pleading stated a claim that the other seven defendants ratified Herrera's misconduct and showed a callous indifference to constitutional rights. See Larez v. City of Los Angeles, 946 F.2d 630, 646 (9th Cir. 1991). However, they

were unexhausted.

June 9 and July 18, 2005, plaintiff requested leave to supplement his pleading. August 4, 2005, plaintiff filed an amended complaint as of right. See Fed. R. Civ. P. 15 (plaintiff may amend once as of right before any responsive pleading is served). He moved October 21, 2005, to "strike" prior requests re supplemental pleading.

October 24, 2005, plaintiff moved to file a second-amended complaint, naming as defendants those previously dismissed for failure to exhaust administrative remedies. Plaintiff explains exhaustion is now complete, and he also seeks to add Warden Schwartz as a defendant under a ratification theory. Defendant Herrera opposed November 7, 2005, contending McKinney v. Carey, 311 F.3d 1198 (9th Cir. 2002), precludes amendment. Herrera further argues the claim against Schwartz alleges supervisory

McKinney does not bar amendment to plead newly-exhausted claims. As for defendant Schwartz, plaintiff's pleading is sufficient for reasons explained as to other supervisory defendants in my June 21, 2005, finding and recommendation.

Plaintiff moved March 30, 2005, to compel discovery. Herrera opposed and moved for a protective order, arguing that discovery propounded on defendants subsequently dismissed required no answer. November 14, 2005, plaintiff again moved to compel, and Herrera again opposed for the same reasons.

I have not set a discovery deadline.

Good cause appearing:

1.  Plaintiff's October 24, 2005, motion for leave to file a second-amended complaint is granted under the liberal amendment principles set forth in Fed. R. Civ. P. 15.  Defendants shall answer within 20 days.

2.  Plaintiff's October 21, 2005, motion to strike is granted and his June 9 and July 18, 2005, motions to supplement the pleading are deemed withdrawn.

3.  Plaintiff's March 30, 2005, motion to compel, defendant's July 29, 2005, motion for a protective order and plaintiff's November 14, 2005, motion to compel are denied without prejudice to new motions made in light of plaintiff's amended pleading.

So ordered.

Dated:  January 19, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge