IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PATRICK R. HOLLEY, SR.,** | 2:04-civ-1425 GEB PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |
| v. | |
| **THE CDC, et al.,** | |
| Defendants. | |

Good cause appearing, Defendant Herrera is granted a 30 day extension to respond to Plaintiff's Third Request for Production. Defendant Herrera's Responses to Plaintiff's Third Request for Production shall be due on or before April 6, 2006.

Dated: March 9, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
holl1425.rpext

Order Granting Defendants' First Request for an Extension of Time to Respond to Discovery