IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK R. HOLLEY, SR., | 2:04-cv-1425 GEB PAN P |
| Plaintiff, | **ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO TAKE PLAINTIFF'S DEPOSITION AND FILE A DISPOSITIVE MOTION** |
| v. | |
| THE CDC, et al., | |
| Defendants. | |

Good cause appearing, Defendant Herrera is granted a thirty-day extension to take Plaintiff's deposition. Defendant shall take Plaintiff's deposition by October 29, 2006. Dispositive motions shall be filed on or before January 23, 2007.

IT IS SO ORDERED.

Dated: September 25, 2006.

UNITED STATES MAGISTRATE JUDGE

14
holl1425.eot

1