IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY,

      Plaintiff,               No. CIV S-04-1425 GEB EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.       ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.
*See* 42 U.S.C. § 1983.  He requests an extension of time to file and serve an opposition to
defendant's March 26, 2007, motion for summary judgment.  *See* Fed. R. Civ. P. 6(b).

     Plaintiff's April 10, 2007, request is granted and plaintiff has 60 days from the date this
order is served to file and serve an opposition to defendant's March 26, 2007, motion for
summary judgment.

     So ordered.

Dated:  May 2, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE