1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK R. HOLLEY, SR.,

11            Plaintiff,              No. CIV S-04-1425 GEB EFB P

12        vs.

13   THE CDC, et al.,

14            Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff is a prisoner without counsel suing for alleged civil rights violations.  *See* 42

17   U.S.C. § 1983.  On May 3, 2007, the court granted plaintiff a 60 day extension of time within

18   which to file a response in opposition to defendants' motion for summary judgment.  On June

19   13, 2007, plaintiff timely filed his opposition together with a cross-motion for summary

20   judgment.  On June 20, 2007, defendants filed a motion to strike plaintiff's motion for summary

21   judgment as untimely.  In light of the court's May 3, 2007, order, granting a 60 day extension of

22   time, defendants' motion is denied.

23        So ordered.

24   Dated:   November 27, 2007.

25                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
26