IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY,

    Plaintiff,                      No. CIV S-04-1425 GEB EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.               ORDER

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Pursuant to the June 16, 2006, schedule, plaintiff's pretrial statement was due February 23, 2007, defendants' pretrial statement was due March 9, 2007, pretrial conference was set for March 16, 2007, and trial was set for June 5, 2007. Because the parties' cross-motions for summary judgment are pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b).

       So ordered.

Dated: December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE