IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY,

        Plaintiff,                  No. CIV S-04-1425 GEB EFB P

        vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.              ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

*See* 42 U.S.C. § 1983.  Defendant submitted a request for an extension of time to file and serve

an opposition to plaintiff's June 13, 2007 motion for summary judgment, together with his

opposition.  *See* Fed. R. Civ. P. 6(b).

      Defendant's December 5, 2007, request is granted and defendant's December 5, 2007,

opposition to plaintiff's June 13, 2007, motion for summary judgment is deemed timely filed.

      So ordered.

DATED:  December 11, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE