IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK R. HOLLEY, SR.,

      Plaintiff,                    No. CIV S-04-1425 GEB EFB P

    vs.

THE CDC, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On February 22, 2008, the court recommended granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment, and gave the parties fourteen days in which to file objections. On March 7, 2008, plaintiff filed a request for an extraordinary extension of time of 90 days to file and serve objections, stating that he might be transferred to a different institution and any such transfer may cause him to be late with some filings. *See* Fed. R. Civ. P. 6(b). The request does not explain what plaintiff has done thus far to draft and file objections or what the basis of any objections might be. Nor does it state why the objections could not have been completed within the fourteen days allowed.

      Accordingly, the request for an extension of time is denied. If plaintiff can later demonstrate that he was, in fact, transferred and that the transfer materially deprived him of the

1

1 fourteen days he otherwise would have been allowed to file objections, plaintiff may seek relief
2 from this order upon a showing of good cause.
3     Accordingly, IT IS HEREBY ORDERED that plaintiff's March 7, 2008, request for
4 extension of time to file objections is denied.
5     So ordered.
6 DATED: March 21, 2008.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE