IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK R. HOLLEY,

      Plaintiff,                    No. CIV S-04-1425 GEB EFB P

     vs.

THE CDC, et al.,

      Defendants.          <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On December 18, 2007, plaintiff filed a motion to strike defendants' opposition to plaintiff's motion for summary judgment. On December 19, 2007, plaintiff filed a supplement to that motion. By court order filed December 11, 2007, the court granted defendants' request for an extension of time in which to file and serve their opposition and deemed defendants' opposition timely filed. Plaintiff's motion to strike is therefore denied.

        Accordingly, it is ORDERED that plaintiff's December 18, 2007, motion to strike, as supplemented by his filing of December 19, 2007, is denied.

Dated: March 27, 2008.

*[signature: Edmund F. Brennan]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE