IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK R. HOLLEY, SR.,

    Plaintiff,                   2:04-cv-1425-GEB-EFB-P

    vs.

THE CDC, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On March 7, 2008 plaintiff filed a motion for an extension of time to file objections, which was denied by the magistrate judge by an order filed March 21, 2008. Neither party filed objections to the findings and recommendations.

///

1        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

       1. The findings and recommendations filed February 22, 2008, are adopted in full; and

       2. Defendant's March 26, 2007, motion for summary judgment is granted;

       3. Plaintiff's June 13, 2007, cross-motion for summary judgment is denied;

       4. Judgment is entered in favor of the sole remaining defendant; and,

       5. The Clerk is directed to close the case.

Dated: September 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge